# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JAMES BROWN,

    Petitioner,

v.

MARK S. INCH, DIRECTOR, FEDERAL
BUREAU OF PRISONS,

    Respondent.

Case No. 18-cv-221 (JNE/HB)

ORDER

This matter is before the Court on a Report and Recommendation issued by United States Magistrate Judge Leo I. Brisbois on March 29, 2018. No objection to the Report and Recommendation has been received. The Court has reviewed the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] is DENIED.

2. The application to proceed *in forma pauperis* [ECF No. 2] is DENIED.

3. The request for appointment of counsel [ECF No. 4] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 1, 2018

    **s/ Joan N. Ericksen**
    JOAN N. ERICKSEN
    United States District Judge